IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCEL T. WARE,

    Plaintiff,

v.

JEAN KRAINTZ,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-213-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendant Jean Kraintz and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_      9/19/11
Peter Oppeneer, Clerk of Court      Date